No. 83–6210. JOHNSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–6212. HOLSEY v. TINNEY, WARDEN, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 83–6219. KELLEHER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–6228. ROCHE v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–6256. MCFALL v. PARKE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6267. BROOKS v. ASHTABULA COUNTY WELFARE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6289. MARTINEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 83–6299. MULLEN v. BROWN ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–6301. MILAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6304. WHITE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–6317. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6320. LARSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6322. HIBBARD v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–6330. RIEGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6336. EACOPELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.